AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clark, Sr., Stephen R. | United States District Court-Eastern District of Missouri | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2019 **to** 12/31/2019 |

**5b.** ☑ Amended Report

**7. Chambers or Office Address**

111 S. 10th Street
Room 14.150
Saint Louis, MO 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing partner and sole member | Clark Law Firm, LLC d/b/a RUNNYMEDE law group |
| 2. | Member, (share held under Trust Agreement #1) | ▇▇▇▇▇▇ |
| 3. | Shareholder (share held under Trust Agreement#1) | ▇▇▇▇▇▇ |
| 4. | Trustee | Trust Agreement #1 |
| 5. | Trustee | Irrev. Trust #1 |
| 6. | Trustee | Irrev. Trust #2 |
| 7. | Plan Trustee | RUNNYMEDE law group 401(K) P/S Plan |
| 8. | Plan Administrator | RUNNYMEDE law group Cafeteria Plan |
| 9. | Advisor | ▇▇▇▇▇▇▇▇▇▇ |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/22/2019 | Stephen R. Clark, Sr. and RUNNYMEDE law group agreee that RUNNYMEDE law group will pay Stephen R. Clark, Sr.all net income of the firm. |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Sr., Stephen R.** | 05/15/2021 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | RUNNYMEDE law group, payroll income | $197,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | RUNNYMEDE law group, payroll income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Sr., Stephen R.** | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association | Contribution towards the cost of reception on the occassion of filer's Investiture. | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Rise Realty, LLC | Lease | J |
| 2. | Collector of Revenue | property tax bill | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   UMB Bank Personal Accounts | C | Interest | O | T | | | | | |
| 2.   401K Account #1 (H) | | | | | | | | | |
| 3.   -American Funds Gr Fund of AM R6 (RGAGX) | | None | | | Sold | 09/25/19 | M | F | |
| 4.   -American Funds Cap Inc. Bdr. R6 (RIRGX) | | None | | | Sold | 09/25/19 | M | F | |
| 5.   -American Funds Wash Mut. Inv. R6 (RWMGX) | | None | | | Sold | 09/25/19 | M | F | |
| 6.   -American Funds EuroPacific Gr R6 (RERGX) | | None | | | Sold | 09/25/19 | M | E | |
| 7.   -Premier Oppenh Fund Inc. Glbl I (MGFZX) | | None | | | Sold | 09/25/19 | K | E | |
| 8.   -AB Discovery Growth Z (CHCZK) | | None | | | Sold | 09/25/19 | K | E | |
| 9.   -Invesco Small Cap Growth R6 (GTSFX) | | None | | | Sold | 09/25/19 | K | E | |
| 10.   -Franklin Small Cap Value R6 (FRCSX) | | None | | | Sold | 09/25/19 | K | D | |
| 11.   -Victory Sycamore Est. Value R6 (VEVRX) | | None | | | Sold | 09/25/19 | K | D | |
| 12.   -Amer Funds Trgt Date Ret 2035 R6 (RFFTX) | | None | | | Buy (add'l) | 01/15/19 | J | | |
| 13. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 14. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 15. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 16. | | | | | Buy (add'l) | 03/05/19 | K | | |
| 17. | | | | | Buy (add'l) | 03/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 19. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 20. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 21. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 22. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 23. | | | | | Buy (add'l) | 07/31/19 | K | | |
| 24. | | | | | Sold | 09/25/19 | M | D | |
| 25. 401K Account #2 (H) | | | | | | | | | |
| 26. -American Funds Gr Fund of AM R6 (RGAGX) | | None | | | Sold | 09/25/19 | L | E | |
| 27. -American Funds Cap Inc. Bdr. R6 (RIRGX) | | None | | | Sold | 09/25/19 | L | E | |
| 28. -American Funds Wash Mut. Inv. R6 (RWMGX) | | None | | | Sold | 09/25/19 | L | E | |
| 29. -American Funds EuroPacific Gr R6 (RERGX) | | None | | | Sold | 09/25/19 | L | E | |
| 30. -Premier Oppenh Fund Inc. Glbl I (MGFZX) | | None | | | Sold | 09/25/19 | K | D | |
| 31. -AB Discovery Growth Z (CHCZK) | | None | | | Sold | 09/25/19 | K | D | |
| 32. -Invesco Small Cap Growth R6 (GTSFX) | | None | | | Sold | 09/25/19 | K | D | |
| 33. -Franklin Small Cap Value R6 (FRCSX) | | None | | | Sold | 09/25/19 | K | D | |
| 34. -Victory Sycamore Est. Value R6 (VEVRX) | | None | | | Sold | 09/25/19 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -American Funds: Amer Funds Trgt Date Ret 2035 R6 (RFFTX) | A | Dividend | | | Buy (add'l) | 01/15/19 | J | | |
| 36. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 37. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 38. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 39. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 40. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 41. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 42. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 43. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 44. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 45. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 46. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 47. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 48. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 49. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 50. | | | | | Sold | 09/25/19 | L | D | |
| 51. HSA Optum Bank Account | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HSA Optum Investment Account (H) | | | | | | | | | |
| 53. -American Funds Capital World (CWGFX) | A | Dividend | J | T | | | | | |
| 54. -BlackRock Equity Dividend K Fund (MKDVX) | A | Dividend | J | T | | | | | |
| 55. -Goldman Sachs Gr & Inc. Strat (GOIAX) | A | Dividend | J | T | | | | | |
| 56. -John Hancock Fundamental Large Cap Core Equity (TAGRX) | A | Dividend | J | T | | | | | |
| 57. -John Hancock High Yield A (JHHBX) | A | Dividend | J | T | | | | | |
| 58. -Keely Small Cap Value (KSCVX) | | None | | | Sold | 05/30/19 | J | A | |
| 59. -Keely Small Cap Div Value FD (KSDVX) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 60. -Neuberger Berman Genesis Fund (NBGIX) | A | Dividend | J | T | | | | | |
| 61. -PiMCo Real Return Fund (PCRAX) | A | Dividend | J | T | | | | | |
| 62. -Vanguard 500 Index (VFIAX) | A | Dividend | J | T | | | | | |
| 63. -Vanguard Global Equity Fund (VHGEX) | A | Dividend | J | T | | | | | |
| 64. -Vanguard Treasury Money Market (VUSXX) | A | Dividend | J | T | | | | | |
| 65. -Vanguard Wellington Fund (VWENX) | A | Dividend | J | T | | | | | |
| 66. Trust #1 (H) | | | | | | | | | |
| 67. -Real Estate Interest, ▆▆▆ | | None | | | Sold | 11/30/19 | M | G | ▆▆▆ |
| 68. -Shareholder, ▆▆▆ | | None | K | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Member, RUNNYMEDE law group | E | Distribution | M | U | | | | | |
| 70. Trust #2 (H) | | | | | | | | | |
| 71. -Microsoft Corp Stock (MSFT) | A | Dividend | J | T | | | | | |
| 72. -Real Estate Interest, ███████ (Y) | | | | | | | | | |
| 73. Trust #3 (H) | | | | | | | | | |
| 74. -Microsoft Corp stock (MSFT) | C | Dividend | M | T | Sold (part) | 07/24/19 | K | E | |
| 75. | | | | | Sold (part) | 08/02/19 | M | G | |
| 76. -International Business Machines Corp (IBM) | A | Dividend | J | T | | | | | |
| 77. -Fidelity Government MMKT Capital Reserves (FZAXX) | A | Dividend | M | T | Buy | 07/26/19 | K | | |
| 78. | | | | | Sold (part) | 07/29/19 | K | | |
| 79. | | | | | Buy (add'l) | 08/06/19 | M | | |
| 80. | | | | | Sold (part) | 10/07/19 | J | | |
| 81. | | | | | Sold (part) | 12/17/19 | J | | |
| 82. IRA #1 (H) | | | | | | | | | |
| 83. -AMCAP Fund A (AMCPX) | D | Dividend | M | T | Buy (add'l) | 10/08/19 | L | | |
| 84. -Capital Income Builder-A (CAIBX) | B | Dividend | M | T | Buy (add'l) | 10/08/19 | L | | |
| 85. -Capital World Bond Fund-A (CWBFX) | B | Dividend | L | T | Buy (add'l) | 10/08/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Capital World Growth and Income Fund-A (CWGIX) | B | Dividend | M | T | Buy (add'l) | 10/08/19 | L | | |
| 87. -EuroPacific Growth Fund-A (AEGPX) | C | Dividend | M | T | Buy (add'l) | 10/08/19 | L | | |
| 88. -Global Balanced Fund-A (GBLAX) | A | Dividend | L | T | Buy (add'l) | 10/08/19 | K | | |
| 89. -The Growth Fund of America-A (AGTHX) | D | Dividend | M | T | Buy (add'l) | 10/08/19 | L | | |
| 90. -The Investment Company of America-A (AIVSX) | D | Dividend | M | T | Buy (add'l) | 10/08/19 | M | | |
| 91. -New World Fund-A (NEWFX) | B | Dividend | L | T | Buy (add'l) | 10/08/19 | K | | |
| 92. -SMALLCAP World Fund-A (SMCWX) | C | Dividend | L | T | Buy (add'l) | 10/08/19 | K | | |
| 93. -Washington Mutual Investors Fund-A (AWSHX) | C | Dividend | M | T | Buy (add'l) | 10/08/19 | L | | |
| 94. ROTH IRA #1 (H) | | | | | | | | | |
| 95. -AMCAP Fund A (AMCPX) | B | Dividend | K | T | | | | | |
| 96. -Capital Income Builder-A (CAIBX) | A | Dividend | K | T | | | | | |
| 97. -Capital World Bond Fund-A (CWBFX) | A | Dividend | J | T | | | | | |
| 98. -Capital World Growth and Income Fund-A (CWGIX) | A | Dividend | K | T | | | | | |
| 99. -EuroPacific Growth Fund-A (AEGPX) | A | Dividend | K | T | | | | | |
| 100. -Global Balanced Fund-A (GBLAX) | A | Dividend | K | T | | | | | |
| 101. -The Growth Fund of America-A (AGTHX) | C | Dividend | K | T | | | | | |
| 102. -The Investment Company of America-A (AIVSX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -New World Fund-A (NEWFX) | B | Dividend | K | T | | | | | |
| 104.  -SMALLCAP World Fund-A (SMCWX) | C | Dividend | L | T | | | | | |
| 105.  -Washington Mutual Investors Fund-A (AWSHX) | B | Dividend | K | T | | | | | |
| 106.  ROTH IRA #2 (H) | | | | | | | | | |
| 107.  -Wasatch (WMICX) | E | Dividend | M | T | | | | | |
| 108.  ROTH IRA #3 (H) | | | | | | | | | |
| 109.  -AMCAP Fund A (AMCPX) | A | Dividend | K | T | | | | | |
| 110.  -Capital Income Builder-A (CAIBX) | A | Dividend | J | T | | | | | |
| 111.  -Capital World Growth and Income Fund-A (CWGIX) | A | Dividend | K | T | | | | | |
| 112.  -EuroPacific Growth Fund-A (AEGPX) | A | Dividend | J | T | | | | | |
| 113.  -The Growth Fund of America-A (AGTHX) | B | Dividend | K | T | | | | | |
| 114.  -The Investment Company of America-A (AIVSX) | B | Dividend | K | T | | | | | |
| 115.  Mass Mutual Whole Life Policy | A | Dividend | L | T | | | | | |
| 116.  MOST 529 Individual College Savings Plan #1 (H) | | | | | | | | | |
| 117.  -Vanguard Interest Accumulation Portfolio | | None | K | T | | | | | |
| 118.  MOST 529 Individual College Savings Plan #2 (H) | | | | | | | | | |
| 119.  -Vanguard Interest Accumulation Portfolio | | None | L | T | Sold<br>(part) | 12/17/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MOST 529 Individual College Savings Plan #3 (H) | | | | | | | | | |
| 121. -Vanguard Interest Accumulation Portfolio | C | Distribution | M | T | Sold (part) | 01/10/19 | J | D | |
| 122. | | | | | Sold (part) | 09/09/19 | J | | |
| 123. | | | | | Sold (part) | 12/18/19 | J | B | |
| 124. American Funds Coverdell Account #1 (H) | | | | | | | | | |
| 125. -American Funds U.S. GovernmentMoney Market | A | Dividend | | | Sold | 12/17/19 | J | D | |
| 126. Private College 529 Savings Plan #1 | | None | K | T | | | | | |
| 127. Investment Club (H) | | | | | | | | | |
| 128. -Agilent Technologies (A) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 129. -Alphabet Inc. CL A (GOOGL) | | None | | | Sold | 12/12/19 | J | | |
| 130. -Becton Dickinson & CO (BDX) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 131. -Bellring Brands, Inc. (BRBR) | | None | | | Buy | 11/25/19 | J | | |
| 132. | | | | | Sold | 12/12/19 | J | | |
| 133. -Bristol Meyer's Squibb (BMY) | | None | | | Buy | 11/21/19 | J | | |
| 134. | | | | | Sold | 12/12/19 | J | | |
| 135. -Celgene Corp (CELG) | | None | | | Redeemed (part) | 11/21/19 | J | | |
| 136. | | | | | Sold | 12/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Coco Cola (KO) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 138. -Corning Inc. (GLW) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 139. -Corteva (CTVA) | A | Dividend | | | Spinoff (from line 145) | 06/01/19 | J | | |
| 140. | | | | | Sold | 12/12/19 | J | | |
| 141. -Dow (DOW) | A | Dividend | | | Spinoff (from line 145) | 04/01/19 | J | | |
| 142. | | | | | Sold (part) | 04/05/19 | J | | |
| 143. | | | | | Sold (part) | 09/05/19 | J | | |
| 144. | | | | | Sold | 12/12/19 | J | | |
| 145. -Dow Dupont Inc. (DWDP) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 146. -Dow Dupont de NeMours Inc. (DD) | A | Dividend | | | Spinoff (from line 145) | 06/01/19 | J | | |
| 147. | | | | | Sold (part) | 09/05/19 | J | | |
| 148. | | | | | Sold | 12/12/19 | J | | |
| 149. -Ebay Inc.(EBAY) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 150. -Emerson Electric (EMR) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 151. -Estee Lauder Co Inc. (EL) | A | Dividend | | | Sold (part) | 09/06/19 | J | | |
| 152. | | | | | Sold | 12/12/19 | J | | |
| 153. -Heico Corp Class A (HEI'A) | A | Dividend | | | Sold | 12/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -International Business Machines Corp (IBM) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 155. -Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 156. -PayPal Holdgs Inc. Com (PYPL) | | None | | | Sold | 12/12/19 | J | | |
| 157. -Pepsico Inc. NC (PEP) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 158. -Southwest Airlines (LUV) | A | Dividend | | | Sold | 12/12/19 | J | | |
| 159. -Cash in Morgan Stanley Money Market Account | A | Interest | | | Distributed | 12/24/19 | J | | |
| 160. IRA #2 (H) | | | | | | | | | |
| 161. -Amcap Fund A (AMCPX) | C | Dividend | L | T | Buy | 10/07/19 | L | | |
| 162. -Capital Income Builder-A (CAIBX) | B | Dividend | L | T | Buy | 10/07/19 | L | | |
| 163. -Capital World Bond Fund-A (CWBFX) | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 164. -Capital World Growth and Income Fund-A (CWGIX) | A | Dividend | L | T | Buy | 10/07/19 | L | | |
| 165. -EuroPacific Growth Fund-A (AEPGX) | B | Dividend | L | T | Buy | 10/07/19 | L | | |
| 166. -Global Balanced Fund-A (GBLAX) | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 167. -The Growth Fund of America-A (AGTHX) | C | Dividend | L | T | Buy | 10/07/19 | L | | |
| 168. -The Investment Company of America-A (AIVSX) | D | Dividend | M | T | Buy | 10/07/19 | M | | |
| 169. -New World Fund-A (NEWFX) | B | Dividend | K | T | Buy | 10/07/19 | K | | |
| 170. -SMALLCAP World Fund-A (SMCWX) | B | Dividend | K | T | Buy | 10/07/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Sr., Stephen R.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -Washington Mutual Investors Fund-A (AWSHX) | B | Dividend | L | T | Buy | 10/07/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part I, Line 5: In 2019, I was the trustee of the Irrev. Trust #1. Irrev. Trust #1 is a life insurance trust and is unfunded.

2. Part I, Line 6: In 2019, I was the trustee of Irrev. Trust #2. Irrev. Trust #2 is a life insurance trust and it is unfunded.

3. Part VI: This amended report includes a property tax liability that was inadvertently omitted from the original 2019 report and the nomination reports.

4. Part VII: The assets listed on Lines 39-47; 94; 97-98; 101-103; 105-106; 110, and 124 of filer's nomination report were sold in 2018 prior to filer taking judicial office.

5. Part VII, Lines 3-11 and Line 24 represent a rollover of 401k assets into an IRA as noted by purchases listed in Lines 83-93.

6. Part VII, Lines 26-34 and Line 50 represent a rollover of 401k assets into an IRA as noted by purchases listed in Lines 161-171.

7. Part VII, Lines 58-59 represent an exchange of assets held in an HSA account.

8. Part VII, Lines 74-75: The realized gain identified is calculated using an estimated cost basis based on information known to date.

9. Part VII, Line 121 The gain represented in line 121 reflects the total gain for both the sale on 1/10/2019 (listed in Line 121) as well as the sale on 9/09/2019 (listed in Line 122) because the statement does not break down the gains on each sale.

10. Part VII, Line 124: Coverdell #1 was identified in filer's nomination report as Coverdell #2; however, because all the assets of Coverdell #1 as identified in filer's nomination report were sold in 2018 prior to filer taking judicial office, there is only one Coverdell account which is now identified as Coverdell#1.

11. Part VII, Line 159: My ___ no longer has any interest in the securities identifided in lines 128 through 159, because on December 12, 2019 ___ sold ___ entire interest in the Investment Club. In the original 2019 report, the sale date of ___ entire interest in the Investment Club was noted only in Part VIII. The sale of ___ entire interest in the Investment Club resulted in the termination of my ___ ownership interest in each asset held by the Investment Club. The termination of my ___ ownership interest in each asset held by the Investment Club is listed as "sold" in part D of Section VII in this amended 2019 report. On December 24, 2019, my ___ was distributed an amount equal to ___ proportionate share of the total value of the assets held by the Investment Club as shown on line 159. ___ had a gain in the 2019 partnership activity of value code A; however the sale of ___ partnership interest resulted in an overall loss.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen R. Clark, Sr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544